Adrian SALMON, Petitioner–Appellant,

v.

M. CARILLO; Daniel E. Lungren, Attorney General, Respondent–Appellee.

No. 96–55707.

United States Court of Appeals, Ninth Circuit.

Filed Aug. 2, 2000

Before: SKOPIL, REINHARDT, and GRABER, Circuit Judges.

**ORDER**

The order filed June 28, 2000 is amended as follows: In light of the opinion of the United States Supreme Court in *Roe v. Flores–Ortega*, 528 U.S. 470, 120 S.Ct. 1029, 145 L.Ed.2d 985 (2000), it is ORDERED that this case be remanded to the district court for an evidentiary hearing on Petitioner's plea–related and appeal–related ineffectiveness of counsel claims. With this amendment, the petition for rehearing is denied.